1012

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR ANDREW JAMES *et al., Appellants.*

Appeal from a judgment of the Superior Court for Grant County, No. 3663, Felix Rea, J., entered April 19, 1974. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

GERTRUDE A. WIK, *Respondent*, v. VIRGINIA MASON HOSPITAL ASSOCIATION *et al., Defendants*, ROBERT D. McINTYRE *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 759180, Ward Roney, J., entered May 31, 1973. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DONALD D. PHELPS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 63698, David C. Hunter, J., entered December 19, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and Callow, JJ.

JAMES CRABTREE *et al., Appellants*, v. LANAY LEWIS *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 755366, Cornelius C. Chavelle, J., entered October 18, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Farris, J.